UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:20CR00137 SNLJ |
| JAWON D. JOHNSON, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the amended report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#47), filed May 18, 2021 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Physical Evidence and Statements (#24) be **DENIED**.

Dated this 9th day of June, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE